UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEGIN NASIRI KENARI,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　　　　　　　Defendant. | Case No.: 25-cv-01959-JES-MSB<br><br>**ORDER INFORMING PARTIES OF COURT'S GENERAL ORDER STAYING MATTERS THAT INVOLVE THE FEDERAL GOVERNMENT**<br><br>**[ECF No. 6]** |

　　On October 20, 2025, Plaintiff filed a Notice of Default directed to the Clerk of Court. In the Notice, Plaintiff alleges that service of the Summons and Complaint on Defendant United States of America was completed on August 18, 2025. *See* ECF No. 6. Plaintiff alleges further that Defendant has failed to file a timely response to the Complaint and asks the Clerk of Court to enter Default. *Id.*

　　On October 7, 2025, Chief Judge Bashant issued General Order No. 766. Cal. S.D. Gen. Ord. No. 766, ("GO766"). This order explains the following:

- At midnight on September 30, 2025, funding for the Department of Justice expired and appropriations to the Department lapsed. GO766 ¶ 1.
- Absent funding, Assistant U.S. Attorneys and support staff assigned to the Civil Division of the U.S. Attorney's Office who are funded by direct

- appropriations may not lawfully provide uncompensated services on behalf of the Government. *Id.* ¶ 2.
- The United States Attorney's Office has sought a stay of all civil cases within the Southern District of California where the United States or an agency, corporation, officer, or employee of the United States is a party, until Congress restores appropriations to the Department of Justice. *Id.* ¶ 3.
- The United States further requests that the Court extend all current deadlines commensurate with the duration of the lapse in appropriations. *Id.* ¶ 4.
- The United States Attorney's Office shall notify the Court when Congress restores appropriations to the Department of Justice, and the Court will enter additional instructions and guidance at that time. *Id.* ¶ 11.
- GO766 has been published and is available for viewing on the Court's website. *Id.* ¶ 12.

Accordingly, this matter has been stayed. Thus, the Clerk of Court would not be able to enter default against Defendant. The Court will provide the parties with updated deadlines after appropriations have been restored to the Department of Justice.

**IT IS SO ORDERED.**

Dated: October 20, 2025

Honorable James E. Simmons Jr.
United States District Judge