UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEGIN NASIRI KENARI,<br><br>                           Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>                           Defendant. | Case No.: 25-cv-01959-JES-MSB<br><br>**ORDER:**<br><br>**(1) LIFTING STAY AND SETTING NEW RESPONSE DATE; and**<br><br>**(2) DENYING MOTION FOR DEFAULT JUDGMENT AS MOOT**<br><br>**[ECF No. 8]** |

On November 19, 2025, Plaintiff filed a Motion for Default Judgment ("Motion"). ECF No. 8. In the Motion, Plaintiff alleges that service of the Summons and Complaint on Defendant United States of America ("Defendant") was completed on August 18, 2025, and that Defendant was required to file an answer or responsive pleading no later than October 18, 2025. *Id.* Plaintiff then mistakenly argues that the Court issued a stay of the proceedings pursuant to a General Order on October 20, 2025, past the responsive pleading deadline. *Id.* The October 20, 2025, Order from the Court informing the parties of the General Order referenced that Chief Judge Bashant issued General Order No. 766. Cal. S.D. Gen. Ord. No. 766, ("GO 766") on October 7, 2025. ECF No. 7. GO 766 stayed "[a]ll

deadlines, due dates, or cut-off dates," in all cases in which the United States was a party and provided the Court would give additional instructions after the conclusion of the lapse in appropriations. GO 766. The cases were stayed as of October 7, 2025. GO 766.

    The lapse in appropriations ended on November 12, 2025, and the Court now lifts the stay in this case and resets the responsive deadline for Defendant to respond to the complaint. Defendant shall file an answer or responsive pleading no later than **21 days** from the date of this Order. Therefore, the Motion for Default Judgment is **DENIED** as moot.

    **IT IS SO ORDERED.**

Dated: November 20, 2025

Honorable James E. Simmons Jr.
United States District Judge